Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT
AUG 26 2008
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MICHAEL FRANCIS BROWN,   )   Case No. ED CV 06-1441-AG (PJW)
                         )
          Petitioner,    )
                         )   J U D G M E N T
     v.                  )
                         )
VICTOR ALMAGER, ACTING WARDEN, )
                         )
          Respondent.    )
_____)

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: AUG 23, 2008.

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\BROWN, M 1441\Judgment.wpd