

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FRANCIS BROWN, | ) CASE NO. ED CV 06-1441-AG (PJW) |
| Petitioner, | ) ORDER ACCEPTING REPORT AND |
| v. | ) RECOMMENDATION OF UNITED STATES |
| | ) MAGISTRATE JUDGE FOLLOWING REMAND |
| VICTOR ALMAGER, ACTING WARDEN, | ) FROM THE NINTH CIRCUIT |
| Respondent. | ) |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge Following Remand from the Ninth Circuit.  Further, the Court has engaged in a *de novo* review of those portions of the Report to which objections have been filed.

In response to those objections, the Court notes that the Ninth Circuit issued a mandate ordering an evidentiary hearing, citing among other cases *Cullen v. Pinholster*, 131 S. Ct. 1388 (2011).  An evidentiary hearing was promptly held.  Respondent chose not to present any witnesses.  The Report and Recommendation necessarily followed.  The Court accepts the findings and recommendation of the

1  Magistrate Judge without allocating fault among any of the individuals
2  involved.
3       IT IS SO ORDERED.
4       DATED:   August 30, 2012

                                    _____
                                    ANDREW J. GUILFORD
                                    UNITED STATES DISTRICT JUDGE

28  C:\Temp\notesC7A056\~3230053.wpd

2