FILED
CLERK, U.S. DISTRICT COURT

AUG 30 2012

CENTRAL DISTRICT OF CALIFORNIA
BY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MICHAEL FRANCIS BROWN,                )   CASE NO. ED CV 06-1441-AG (PJW)
                                       )
              Petitioner,              )
                                       )   J U D G M E N T
         v.                            )
                                       )
VICTOR ALMAGER, ACTING WARDEN,         )
                                       )
              Respondent.              )
_____)

     Pursuant to the Order Accepting Findings, Conclusions, and
Recommendations of United States Magistrate Judge,

     IT IS ADJUDGED that the Petition is granted.  The matter is
remanded to the Superior Court of Riverside County for re-sentencing
to a term of five years or less, with credit for time served.

     DATED:   August 30, 2012.


                              _____
                              ANDREW J. GUILFORD
                              UNITED STATES DISTRICT JUDGE


S:\PJW\Cases-State Habeas\BROWN, M 1441\Judgment following remand.wpd